# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:08CR27

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| DONALD STEPHEN SCOTT ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's motions to suppress and to continue the trial from the October 2008 term.

After review of the Defendant's motion to suppress, the Court finds it necessary that an evidentiary hearing be held.

**IT IS, THEREFORE, ORDERED** that an evidentiary hearing on the Defendant's motion to suppress is scheduled for **FRIDAY, OCTOBER 10, 2008, AT 9:30 AM**, at the U.S. Courthouse in <u>Bryson City, North Carolina</u>.

**IT IS FURTHER ORDERED** that a ruling on the Defendant's motion to continue is held in abeyance pending the outcome of the hearing on the motion to suppress.

2

Signed: September 30, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge