# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:08CR27

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| DONALD STEPHEN SCOTT ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's motion for a continuance from the October 2008 term.

The Court finds for the reasons stated in the Defendant's motion and upon a showing that Defendant's counsel has not had sufficient time within which to adequately prepare a defense in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** Further, the Court has under advisement the Defendant's motion to suppress and it is not anticipated that a ruling will be issued until the term has expired. **18 U.S.C. § 3161(h)(1)(F).** The Court further finds that the ends of justice served by taking such action as

requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for continuance is **ALLOWED** and this case is hereby continued from the October 2008 term in the Bryson City Division.

Signed: October 10, 2008

Lacy H. Thornburg
United States District Judge